

# NUMBER 13-15-00254-CV

# COURT OF APPEALS

# THIRTEEN DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE H.E.B. GROCERY COMPANY, L.P.

## On Petition for Writ of Mandamus
## and Emergency Motion to Stay the Trial Court Proceedings.

# ORDER

**Before Chief Justice Valdez and Justices Benavides and Perkes**
**Per Curiam Order**

On June 3, 2015, H.E.B. Grocery Company, L.P. filed a petition for writ of mandamus and an emergency motion to stay the trial court proceedings pending resolution of the petition. Through this original proceeding, relator contends that the trial court abused its discretion in denying relator's motion requesting a physical examination of the real party in interest, Daniel Rodriguez. *See generally* TEX. R. CIV. P. 204.1. By the emergency motion to stay, relator seeks to stay all trial court proceedings, including discovery, hearings, and the current trial setting of June 15, 2015, pending resolution of this cause.

The Court requests that the real party in interest, Daniel Rodriguez, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of the business day on Tuesday, June 9, 2015. *See* TEX. R. APP. P. 52.2, 52.4, 52.8. Relator's emergency motion to stay will be carried with the case pending review of the response or further order of this Court.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
4th day of June, 2015.